UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

REGINA SALMI,

    Plaintiff,

v.                                                    Case No. 1:11-CV-161

JAMIE P. BELSTADT, et al,                Hon. Janet T. Neff

    Defendants.
_____/

ENTRY OF DEFAULT

    It appearing from the files and records that affidavit for default has been duly filed and that defendant **Jamie P. Belstadt** has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

    NOW THEREFORE, on affidavit of counsel for plaintiff Regina Salmi and in accordance with the rules of this court, default is hereby entered against defendant **Jamie P. Belstadt**, according to Rule 55(a) of the Federal Rules of Civil Procedure.

TRACEY CORDES
CLERK OF COURT

/s/ Paula J. Woods
_____

Dated:  March 16, 2011

By:  Deputy Clerk